# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANDREW DOUGLAS and**
**ROBERT LINDGREN,**
Trustees and Co-Chairmen of the
**GRAPHIC COMMUNICATIONS**
**NATIONAL HEALTH AND WELFARE FUND,**

      **Plaintiffs,**

v.                                       **CIVIL ACTION NO. 07-CV-452 DRH**

**CARLA KEEN,**

      **Defendant.**

## DEFAULT JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action came to hearing before the Court on Plaintiffs' Motion for Default Judgment.

      **IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.** Default Judgment is entered in favor of Plaintiffs **ANDREW DOUGLAS and ROBERT LINDGREN Trustees and Co-Chairmen of the GRAPHIC COMMUNICATIONS NATIONAL HEALTH AND WELFARE FUND** and against Defendant **CARLA KEEN** for the following: an equitable lien against defendant Carla Keen, in the amount of $13,308.85, to include both pre and post-

judgment interest, and $10,642.52 in associated attorneys' fees and costs.---------------------------------

-

                                              **NORBERT G. JAWORSKI, CLERK**

October 23, 2007                                  BY:   /s/Patricia Brown
                                                                                Deputy Clerk

APPROVED:
            **CHIEF JUDGE**
            **U.S. DISTRICT COURT**